■ PHILIP J. CERVONE, JR., Appellant, v THERESA L. CERVONE, Respondent. [843 NYS2d 847]—In an action for a divorce and ancillary relief, the plaintiff appeals from an order of the Supreme Court, Nassau County (Diamond, J.), dated May 15, 2006, which denied his motion for a downward modification of his child support obligation.

Ordered that the order is affirmed, with costs.

The plaintiff failed to establish a substantial, unanticipated, and unreasonable change in circumstances warranting a reduction in his child support obligation (*see Matter of Heyward v Goldman*, 23 AD3d 468, 469 [2005]; *Morrissey v Morrissey*, 259 AD2d 472 [1999]). Accordingly, the Supreme Court properly denied the plaintiff's motion for a downward modification of his child support obligation. Schmidt, J.P., Skelos, Lifson and Balkin, JJ., concur.